**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Wilford D. Carter
Attorney at Law
1025 Mill Street
Lake Charles LA 70601

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on February 19, 2025

**REHEARING ACTION: February 19, 2025**

**Docket Number: 24   00607-KW**

**STATE OF LOUISIANA**
**VERSUS**
**MATTHEW VALLAIRE, JR.**

**Writ Application from Beauregard Parish Case No. CR-23-1007**

**BEFORE JUDGES:**

   **Hon. Charles G. Fitzgerald**
   **Hon. Ledricka J. Thierry**
   **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Matthew Vallaire, Jr.** has this day been

   **DENIED.**

cc: Hon. James R. Lestage, Counsel for  the Respondent
    Richard Alan Morton, Counsel for  the Respondent